## DIVIDENDS REMITTED TO THE COURT

Case Number 09-34238 - HEARIT, KEVIN MARK

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT FIRST EXPRESS PO BOX 856132 LOUISVILLE, KY 40285-6132 | 000004 | 75.03 | 4.91 |
| ---------- Remittance Total -------------- | | 75.03 | 4.91 |

*(signature)*
Michael A. Mason, Trustee

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In the Matter of                                  File No. 05-38119

REAL TIME AUDIO, INC.                             Chapter 7

_____Debtor._____/     JUDGE DANIEL S. OPPERMAN

**EXHIBITS IN RELATION TO APPLICATION FOR FEES AS ATTORNEY FOR THE TRUSTEE**

EXHIBIT 1: Proposed Fee Order

EXHIBIT 2: Declaration of Disinterestedness authorizing employment of applicant: See attached Declaration of Disinterestedness

EXHIBIT 3: Summary Statement of Hours of Service and Hourly Rate by Project:

(1) Tax Issues:
    0.50 Hours X $250.00 Per Hour = $125.00

(2) Claims Administration:
    1.60 Hours x $250.00 Per Hour = $400.00


EXHIBIT 4: Itemized Time Record by Project:

(1) TAX ISSUES

| DATE | SERVICE | TIME |
|---|---|---|
| 5/1/09 | Prep app to hire Plante & Moran, PLLC to do estate taxes | 0.20 |
| 1/29/10 | Prep 11USC 505(b) prompt tax determination request to IRS for 2006, 2007 and 2008 tax years and State for 2006 and 2007 tax years | 0.30 |

TOTAL = 0.50 HOURS

1